# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, § | |
| § | |
| Plaintiff, § | Case No: 6:21-cv-00240 |
| § | |
| vs. § | PATENT CASE |
| § | |
| GENERAL MOTORS COMPANY, § | |
| § | |
| Defendant. § | |
| § | |

## COMPLAINT

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Complaint against General Motors Company ("Defendant" or "GM") for infringement of United States Patent No. 9,300,723 (the " '723 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with a place of business at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a Delaware corporation with a principal place of business at 482-A00-MAR, 100 Renaissance Center, Detroit, MI 48265 USA. On information and belief, Defendant may be served through its registered agent, Corporation

Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

5. This Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District at, for example, 900 W Loop 340, Waco, TX 76712.

## COUNT I
### (INFRINGEMENT OF UNITED STATES PATENT NO. 9,300,723)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '723 Patent with sole rights to enforce the '723 Patent and sue infringers.

11. A copy of the '723 Patent, titled "Enabling social interactive wireless communications," is attached hereto as Exhibit A.

12. The '723 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Defendant has infringed and continues to infringe one or more claims, including

at least Claim 12 of the '723 Patent by making, using, and/or selling media systems covered by one or more claims of the '723 Patent. For example, Defendant makes, uses, and/or sells the Buick Car Infotainment System, and any similar products ("Product"). Defendant has infringed and continues to infringe the '723 Patent in violation of 35 U.S.C. § 271.

14. Regarding Claim 12, the Product is configured to receive a media file (e.g., music file or songs video) from a wireless mobile device (e.g., mobile phone) over a communication network (e.g. Bluetooth network). The wireless mobile device (e.g., mobile phone) sends data (e.g., music file) to the media system. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.





Source: https://www.youtube.com/watch?v=_fCgetAMU0I

15. The Product includes a wireless receiver (e.g., Bluetooth receiver). Certain aspects of this element are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://www.youtube.com/watch?v=_fCgetAMU0I

16.     The Product includes a security measure.  For example, the Product must be paired and connected by inputting a password and/or Bluetooth code (i.e., a security measure) to a wireless mobile device (e.g., mobile phone) before receiving a media file. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

Source: https://www.youtube.com/watch?v=_fCgetAMU0I

17.     The Product is disposed in an accessible relation to at least one interactive computer network (e.g., Bluetooth network) that has a wireless range structured to permit authorized access (e.g., via pairing code) to said at least one interactive computer network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

Source: https://www.youtube.com/watch?v=_fCgetAMU0I

18.     When the wireless mobile device is within the wireless range, the wireless mobile device is detectable by the media system (e.g., the media system automatically detects a smartphone when the mobile device is within Bluetooth range).  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

Source: https://www.youtube.com/watch?v=N_MQRMs-oPM

19.     At least one digital media file (e.g., music file) is initially disposed on the wireless mobile device (e.g., the mobile phone includes one or more music files). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other

allegations herein.

**Audio and Music**

Tap the AUDIO app icon on the Home screen to access the different audio sources available for your vehicle. Please note, your vehicle might not have all of these audio sources.

- **Favorites:** Your stored Favorites are located along the top of the screen. If you want to save the audio selection that's currently playing, press and hold a blank Favorites space. Swipe left or right on the Favorites bar to see more pages of stored items. You can also hit the green STAR icon to save a Favorite
- **Audio Source Selection:** The last three audio sources you used appear on the left side of the screen. A MORE button shows you additional available sources
- **Browse:** Tap the BROWSE button to view stations or media library
- **Direct Tune:** Tap the TUNE button to use a dial pad and enter the station you want to hear directly, without having to scan through stations
- **SiriusXM® with 360L[6]:** If your vehicle has SiriusXM® with 360L, tap SIRIUSXM from the source menu and use the buttons on the screen to explore more content. Learn more about SiriusXM and SiriusXM with 360L
- **Streaming Apps:** Your vehicle might also have an APPS icon on the second page of the Home screen, which lets you download third-party streaming apps, such as Spotify®[7] or iHeartRadio[8]. After you install them, select MORE in the AUDIO app to select your streaming apps. Learn more about APPS

Connecting a mobile device to your vehicle lets you use voice commands to initiate calls, play music from your phone and more.

Source: https://my.buick.com/how-to-support/entertainment-connections/displays-radio/infotainment
Source: https://my.buick.com/bluetooth

20.     The media system is structured to detect the wireless mobile device disposed within the wireless range (e.g., media system automatically detects the mobile phone when it is within Bluetooth range). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.youtube.com/watch?v=_fCgetAMU0I

21. A communication link (e.g., Bluetooth) is structured to dispose the media system and the wireless mobile device (e.g. mobile phone) in a communicative relation with one another via the at least one interactive computer network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

Source: https://www.youtube.com/watch?v=_fCgetAMU0I

22. The communication link is initiated by the media system. The devices will automatically connect when the units are in range. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

Source: https://www.youtube.com/watch?v=_fCgetAMU0I

23. The wireless mobile device and the media system are structured to transmit the at least one digital media file there between via the communication link (e.g., media system

allows for the transmission of files between itself and the wireless mobile device; e.g., the mobile device transmits the music file to the media system). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

> **Audio and Music**
>
> Tap the AUDIO app icon on the Home screen to access the different audio sources available for your vehicle. Please note, your vehicle might not have all of these audio sources.
>
> - **Favorites:** Your stored Favorites are located along the top of the screen. If you want to save the audio selection that's currently playing, press and hold a blank Favorites space. Swipe left or right on the Favorites bar to see more pages of stored items. You can also hit the green STAR icon to save a Favorite
>
> - **Audio Source Selection:** The last three audio sources you used appear on the left side of the screen. A MORE button shows you additional available sources
>
> - **Browse:** Tap the BROWSE button to view stations or media library
>
> - **Direct Tune:** Tap the TUNE button to use a dial pad and enter the station you want to hear directly, without having to scan through stations
>
> - **SiriusXM® with 360L**[6]**:** If your vehicle has SiriusXM® with 360L, tap SIRIUSXM from the source menu and use the buttons on the screen to explore more content. Learn more about SiriusXM and SiriusXM with 360L
>
> - **Streaming Apps:** Your vehicle might also have an APPS icon on the second page of the Home screen, which lets you download third-party streaming apps, such as Spotify®[7] or iHeartRadio®[8]. After you install them, select MORE in the AUDIO app to select your streaming apps. Learn more about APPS

> Connecting a mobile device to your vehicle lets you use voice commands to initiate calls, play music from your phone and more.

Source: https://my.buick.com/how-to-support/entertainment-connections/displays-radio/infotainment
Source: https://my.buick.com/bluetooth

24.     The communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system (e.g., the media system bypasses the security measure of the Bluetooth network).  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.youtube.com/watch?v=_fCgetAMU0I
Source: https://my.buick.com/bluetooth

25. Defendant's actions complained of herein will continue unless Defendant is

enjoined by this court.

26. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

27. Plaintiff is in compliance with 35 U.S.C. § 287.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,300,723 (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: March 10, 2021  Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**