IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | § § § | |
| Plaintiff, | § § | Case No: 6:21-cv-00240-ADA |
| vs. | § § | PATENT CASE |
| **GENERAL MOTORS COMPANY,** | § § § | |
| Defendant. | § § § | |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") subject to the approval of the Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

Plaintiff and Defendant General Motors Company ("Defendant" and/or "GM") have reached an agreement in principle that will settle and dispense of this matter. The Parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within thirty (30) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, up or until August 23, 2021.  Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

Dated: July 22, 2021.                                Respectfully submitted,

                                            */s/Jay Johnson*
                                            **JAY JOHNSON**
                                            State Bar No. 24067322
                                            **D. BRADLEY KIZZIA**
                                            State Bar No. 11547550
                                            **KIZZIA JOHNSON PLLC**
                                            1910 Pacific Ave., Suite 13000
                                            Dallas, Texas 75201
                                            (214) 451-0164
                                            Fax: (214) 451-0165
                                            jay@kjpllc.com
                                            bkizzia@kjpllc.com

                                    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

    The undersigned, counsel for Plaintiff, certifies that on July 22, 2021, he met and conferred with counsel for Defendant, regarding this motion, and that counsel agreed to the motion.

                                            */s/Jay Johnson*
                                            **JAY JOHNSON**

## CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                            Respectfully submitted,

                                            */s/Jay Johnson*
                                            **JAY JOHNSON**