## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No: 6:21-cv-00240-ADA** |
| | § | |
| **vs.** | § | **PATENT CASE** |
| | § | |
| **GENERAL MOTORS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant General Motors, LLC with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: August 23, 2021.                    Respectfully submitted,


                                           */s/Jay Johnson*_____
                                           **JAY JOHNSON**
                                           State Bar No. 24067322
                                           **D. BRADLEY KIZZIA**
                                           State Bar No. 11547550
                                           **KIZZIA JOHNSON PLLC**
                                           1910 Pacific Ave., Suite 13000
                                           Dallas, Texas 75201
                                           (214) 451-0164
                                           Fax: (214) 451-0165
                                           jay@kjpllc.com
                                           bkizzia@kjpllc.com

                              **ATTORNEYS FOR PLAINTIFF**

                              **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                              Respectfully submitted,

                              */s/Jay Johnson*_____
                              **JAY JOHNSON**